944

No. 12–205. THOMAS *v.* HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 12–214. WEHRENBERG *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–221. AHLERS *v.* RABINOWITZ, DIRECTOR, MANHATTAN PSYCHIATRIC CENTER, ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–225. WILLIAMS *v.* McEWEN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–238. BHARDWAJ *v.* PATHAK. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 12–244. CHAMBERS *v.* MAYO ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–247. VARGAS *v.* HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–249. PRUETT ET AL. *v.* HARRIS COUNTY BAIL BOND BOARD. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 12–251. DREW *v.* ILLINOIS EX REL. GLASGOW ET AL. Sup. Ct. Ill. Certiorari denied.

No. 12–258. FLETCHER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–297. CANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5121. PAYTON *v.* CULLEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5336. SADIK *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–5463. BUSCHARD *v.* OHIO ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.